# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

R.A.M.M. CORPORATION,

    Plaintiff

v.

ROBERT FORD,

    Defendant

Case No.: 2:20-cv-00519-APG-NJK

**Order Remanding Case**

Defendant Robert Ford removed this case on the basis that it is related to enforcement of a settlement agreement in another case in this district, *Zeolite, Inc. v. United States Department of the Interior*, 2:15-cv-02038-JCM-NJK. However, the settlement agreement in that case does not contain a promise for plaintiff R.A.M.M. Corporation to purchase the property for Ford, which is the contractual promise at issue in this case. *Compare* ECF No. 1 at 6-10 *with* 2:15-cv-02038-JCM-NJK, ECF No. 177-1. Thus, exercising jurisdiction over this case is not necessary to enforce the settlement agreement in *Zeolite*. The complaint in this case asserts only state law claims between non-diverse parties. As a result, I lack subject matter jurisdiction, so I remand the case to state court.

I THEREFORE ORDER that this action is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

DATED this 23rd day of March, 2020.

                                                ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE