# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| R.A.M.M. CORPORATION, | Case No.: 2:20-cv-00519-APG-NJK |
| Plaintiff | **Order Denying Motion for Reconsideration** |
| v. | [ECF No. 5] |
| ROBERT FORD, | |
| Defendant | |

Defendant Robert Ford moves for reconsideration of my order remanding this case to the state court. But Ford does not offer a sufficient reason for me to change my mind.

I THEREFORE ORDER that the motion for reconsideration **(ECF No. 5) is denied**.

DATED this 18th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE